FORM 13

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by __Steven H. Becker__
(Name of attorney of record)

on behalf of __COLUMBIA SPORTSWEAR COMPANY__ in the matter of __COLUMBIA SPORTSWEAR COMPANY__ v. __UNITED STATES__,
Court No. __07-107__.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

Columbia Sportswear Gmbh - subsidiary of Plaintiff

Columbia Sportswear France - subsidiary of Plaintiff

Columbia Sportswear Europe - subsidiary of Plaintiff

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
N/A

/s/ Steven H. Becker                                   March 23, 2007

(Signature of Attorney)                                (Date)

SEE REVERSE SIDE

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005.)