<u>CERTIFICATE OF SERVICE</u>

I, Melanie Hable, certify that I am a legal assistant with the law firm of Baker & McKenzie LLP located at 1114 Avenue of the Americas, New York, N.Y. 10036, and that Baker & McKenzie LLP represents Plaintiff Columbia Sportswear Co. and further certify that on May 10, 2007, I caused to be served by first class mail, postage prepaid, the summons and complaint addressed as follows:

> Barbara S. Williams
> Attorney-in-Charge
> United States Department of Justice
> Civil Division
> Commercial Litigation Branch
> International Trade Field Office
> 26 Federal Plaza, Room 346
> New York, NY 10278

Melanie Hable

Dated: May 10, 2007